*Kenneth J. Mullane* for motion.
*Noel Rubinton* opposed.

Motion denied, with $10 costs.

In the Matter of LAURENCE O'CONNOR, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued September 9, 1955; decided September 9, 1955.

*Joseph H. Broderick* and *Edward V. Broderick,* for appellant.

*Abraham J. Gellinoff, Robert B. Brady* and *Nelson Kantor* for respondents Cecil E. Carter and Elizabeth Morris.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, VAN VOORHIS, BURKE and MACCRATE,\* JJ.

In the Matter of TILLIE MILLER, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of EDWARD N. COSTIKYAN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of CECIL E. CARTER, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

In the Matter of ELIZABETH MORRIS, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued September 9, 1955; decided September 9, 1955.

\* Designated pursuant to section 5 of article VI of the State Constitution in the temporary absence of FULD and FROESSEL, JJ.